USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/12/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOBLE TALENTS LLC, NOBLE CAPITAL INTERNATIONAL LLC, and NOBLE MARKETS, LLC,

                       Plaintiffs,

-against-

MARC ASCH, Individually and as the Alter Ego of MEA INVESTMENTS LLC, and MEA INVESTMENTS LLC,

                       Defendants.

19 Civ. 11020 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Plaintiff brings this action against Defendants Mark Asch and MEA Investments LLC, invoking subject matter jurisdiction by reason of diversity of citizenship, 28 U.S.C. § 1332. Compl. ¶ 6, ECF No. 1.  Plaintiffs are Noble Talents LLC, Nobel Capital International LLC, and Noble Markets, LLC.  If Plaintiffs are, indeed, limited liability companies, as their names would imply and the complaint alleges, Compl. ¶¶ 1–3, and if MEA Investments LLC is a limited liability company, as its name implies and the complaint alleges, Compl. ¶ 5, then the complaint must allege the citizenship of natural persons who are members of each limited liability company and the place of incorporation and principal place of business of any corporate entities who are members of each limited liability company.  By **December 19, 2019**, Plaintiffs shall amend their pleading to allege, for each LLC, the citizenship of each constituent person or entity.  *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51–52 (2d Cir. 2000) (citing *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998)); *Strother v. Harte*, 171 F. Supp. 2d 203, 205 (S.D.N.Y. 2001) ("For purposes of diversity jurisdiction, a limited liability company has the citizenship of each of its members.").  If Plaintiffs fail to amend the complaint by the foregoing date to truthfully allege complete diversity based upon the citizenship of each constituent person or entity of each LLC, then the complaint will be dismissed for lack of subject matter jurisdiction.

      SO ORDERED.

Dated: December 12, 2019
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge