UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOBLE TALENTS LLC, NOBLE CAPITAL INTERNATIONAL LLC, and NOBLE MARKETS, LLC,

                 Plaintiffs,

-against-

MARC ASCH, Individually and as the Alter Ego of MEA INVESTMENTS LLC, and MEA INVESTMENTS LLC,

                 Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/13/2020___

19 Civ. 11020 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On December 20, 2020, the Court ordered the parties to submit a joint letter and proposed case management plan by February 12, 2020. ECF No. 11. On February 12, 2020, the parties submitted a joint letter, but did not submit a proposed case management plan. ECF No. 14. Instead, their joint letter requested "a stay of the commencement of formal discovery" because of the possibility that Plaintiffs may file a motion to amend the complaint, or that Defendants may move to dismiss. *Id.* at 2. It is well established that "discovery should not be routinely stayed simply on the basis that a motion to dismiss has been filed." *Hong Leong Fin. Ltd. (Singapore) v. Pinnacle Performance Ltd.*, 297 F.R.D. 69, 72 (S.D.N.Y. 2013) (internal quotation marks and citation omitted); *see id.* (holding that a party must show "good cause for a protective order staying discovery" (internal quotation marks and citations omitted)). That principle applies with even greater force where, as here, Defendants have not yet filed a motion to dismiss, but merely contemplate one. No good cause exists to stay discovery at this time.

      Accordingly, the parties' request to stay discovery is DENIED. By **February 14, 2020**, the parties shall submit a joint proposed case management plan as outlined in the Court's December 20 initial pretrial conference order.

      SO ORDERED.

Dated: February 13, 2020
      New York, New York

                                          ANALISA TORRES
                                        United States District Judge