USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/13/2020_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOBLE TALENTS LLC, NOBLE CAPITAL INTERNATIONAL LLC, and NOBLE MARKETS, LLC,

                 Plaintiffs,

-against-

MARC ASCH, Individually and as the Alter Ego of MEA INVESTMENTS LLC, MEA INVESTMENTS LLC, EHA INVESTMENTS LLC, and AJA RSF, LLC,

                 Defendants.

19 Civ. 11020 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On April 3, 2020, Defendants filed a letter seeking leave to move to dismiss Plaintiffs' second amended complaint. ECF No. 24. Pursuant to Rule III(A)(ii) of the Court's Individual Practices in Civil Cases, Plaintiffs were required to file a letter in response within five business days—in this case, by April 10, 2020. That submission is now overdue. Accordingly, it is ORDERED that Plaintiffs shall file a response to Defendants' letter by **April 14, 2020**.

      SO ORDERED.

Dated: April 13, 2020
       New York, New York

                                       ANALISA TORRES
                                   United States District Judge